NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
RANDOLPH J. ST. CLAIR
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Randy.StClair@usdoj.gov

*Representing the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>WILLIAM PHILLIP NEIDINGER,<br>a/k/a William Joseph Beck III,<br><br>            Defendant. | 3:20-CR-00009-MMD-CLB<br><br>INDICTMENT FOR VIOLATIONS OF:<br><br>Title 18, United States Code, Section 1542 – False Statements in Application for a U.S. Passport (Count One) |

THE GRAND JURY CHARGES THAT:

**Count One**

(False Statements in Application for a U.S. Passport)

On or about February 27, 2018, in the State and District of Nevada,

WILLIAM PHILLIP NEIDINGER
a/k/a William Joseph Beck III,

defendant herein, did knowingly and willfully make false statements in an application for a passport with intent to induce and secure for his own use the issuance of said passport under the authority of the United States, contrary to the laws regulating the issuance of such

passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that his true name was William Joseph Beck III, his Social Security number was XXX-XX-1956, and he was born on November XX, 1956, in Arkansas, which statements he knew to be false; all in violation of Title 18, United States Code, Section 1542.

Date: Feb. 20, 2020

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

NICHOLAS A. TRUTANICH
United States Attorney

_____
RANDOLPH J. ST. CLAIR
Assistant United States Attorney