UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:20-cr-00009-HDM-CLB |
| Plaintiff, | **JURY MEAL ORDER** |
| vs. | |
| WILLIAM PHILLIP NEIDINGER, | |
| Defendant. | |

This Court having ordered the jury impaneled in the above-entitled action kept together during the periods of trial and deliberation, now, therefore,

IT IS ORDERED that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of the Court. **IT IS SO ORDERED.**

DATED this 20th day of April 2021.

_____
HOWARD D. McKIBBEN,
Senior U.S. District Judge