UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-cr-00009-HDM-CLB |
| Plaintiff, | ORDER |
| v. | |
| WILLIAM PHILLIP NEIDINGER, a/k/a WILLIAM JOSEPH BECK, III, | |
| Defendant. | |

The defendant has filed a motion to continue sentencing in this matter (ECF No. 124). Unless the government files an opposition to the defendant's motion on or before March 10, 2022, the sentencing scheduled for March 15, 2022, at 10:00 a.m. will be vacated and reset for Tuesday, April 19, 2022, at 9:00 a.m.

IT IS SO ORDERED.

DATED: This 8th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE