UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br>     v.<br>WILLIAM PHILLIP NEIDINGER, a/k/a WILLIAM JOSEPH BECK, III,<br><br>                     Defendant. | Case No. 3:20-cr-00009-HDM-CLB<br><br>ORDER |

   The defendant has filed a petition for travel (ECF No. 127). The government shall file a response to the defendant's petition on or before April 5, 2022.

   IT IS SO ORDERED.

   DATED: This 31st day of March, 2022.

*Howard D. McKibben*
UNITED STATES DISTRICT JUDGE