# United States District Court
# District of Nevada

| | |
|---|---|
| United States of America, | Case No. 3:20-cr-00009-HDM-CLB |
| Plaintiff, | |
| v. | **Order Permitting Copies of Non-Public Docket for Appellate Purposes** |
| William Neidinger, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Clerk's Office provide copies of the complete, non-public docket sheet to counsel for William Neidinger and counsel for the United States of America.

**Dated**: May 25, 2022.

_Howard D. McKibben_
U.S. DISTRICT COURT JUDGE