UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:20-cr-00009-HDM-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| WILLIAM PHILLIP NEIDINGER, a/k/a WILLIAM JOSEPH BECK, III, | |
| Defendant. | |

The defendant William Neidinger has filed an unopposed motion for copies of sealed documents (ECF No. 147). As to the defendant's request for copies of the sealed jury notes (ECF Nos. 66, 67, 68, 69, 70, 71, 72, 73, 115 & 119), the motion is GRANTED. The Clerk of Court shall provide copies of ECF Nos. 66, 67, 68, 69, 70, 71, 72, 73, 115 and 119 to counsel for the defense and the government.

In all other respects, however, the motion is DENIED. The defendant has not set forth a substantial reason as to why he needs the supplemental juror questionnaires (ECF No. 78) to perfect his appeal in this case, particularly as these documents were provided to the defendant at the time of his first trial (*See* ECF Nos. 38 & 57). As to docket numbers 76 and 111, which relate to jury panel selection, the defendant has also failed to set forth a substantial basis for his need of such documents.

IT IS SO ORDERED.

DATED: This 16th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE