UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:20-cr-00009-HDM-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| WILLIAM PHILLIP NEIDINGER, a/k/a WILLIAM JOSEPH BECK, III, | |
| Defendant. | |

On July 22, 2022, the Ninth Circuit denied the defendant's motion for bail pending appeal that he had filed before that court. The denial was without prejudice to renew following presentation of the arguments to the district court. Accordingly, on or before July 29, 2022, the defendant shall file his motion for bail pending appeal with this court. The government shall respond to the motion on or before August 3, 2022. The matter will then stand submitted unless the court orders a hearing.

IT IS SO ORDERED.

DATED: This 25th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE