# United States District Court

## District of Nevada

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>William Neidinger,<br><br>  Defendant. | Case No. 3:20-cr-00009-HDM-CLB<br><br>**Order Permitting Copies of Trial Exhibits for Appellate Purposes** |

   IT IS HEREBY ORDERED that the Clerk's Office provide to counsel for William Neidinger and counsel for the United States of America of Government copies of Trial Exhibit 17 and Defense Trial Exhibit 500-B from the December 2021 retrial in this matter.  *See* ECF No. 157, p. 165 (Government Exhibit 17 admitted); ECF No. 161, p. 390 (Defense Trial Exhibit 500-B admitted).

   **Dated**: August 2, 2022

_____
U.S. DISTRICT COURT JUDGE