UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:20-cr-00009-HDM-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| WILLIAM PHILLIP NEIDINGER, a/k/a WILLIAM JOSEPH BECK, III, | |
| Defendant. | |

In accordance with the court's order of November 4, 2022, and absent any objection by the government, the government's unopposed "Motion for Court Reporter to Redact Trial Transcripts in Compliance with Fed. R. Crim. P. 49.1" (ECF No. 176) is DENIED to the extent it seeks redaction of any references to social security numbers or birth dates that directly relate to an element of the offense charged and GRANTED to the extent it seeks redaction of references that do not relate to the charged offense, such as, for example, Mr. Beck's address. Further, redaction of the full name of the individual whose social security number the defendant used in his passport application shall be allowed in order to protect that individual's privacy.

The government shall file a revised list of requested redactions in accordance with this court's order on or before November 23, 2022.

IT IS SO ORDERED.

DATED: This 14th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE